**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER OF DISMISSAL** |

_____/

*This document relates to:*

| | |
|---|---|
| Zedith Lillard and Don Lillard, | 05-5430 CRB |
| Dale Casey and Janice Casey | 05-5354 CRB |
| Ira Carter and Woford Carter | 05-5441 CRB |
| Gayle Williams-Rhinehart and Suzette Coleman | 05-5350 CRB |
| | 06-0340 CRB |
| Glossie Love and Huey Love | 06-0151 CRB |
| Estate of Helen M. Shelton | 06-0221 CRB |
| Angela M. Swedeen and Dana Swedeen | 06-0175 CRB |
| Joyce Croft | 06-0222 CRB |
| Alanda Creer | 06-0233 CRB |
| Sheraldine Joseph, | 06-0241 CRB |
| Sharon Thompson | 06-0288 CRB |
| | 06-0283 CRB |
| Franklin Dean Elders | 06-0287 CRB |
| | 06-0245 CRB |
| Joyce M. Hayes, | 06-0385 CRB |
| | 06-0224 CRB |

The Court ordered the plaintiffs identified in the caption to show cause why this action should not be dismissed for a failure to prosecute. As of this date, the date of the hearing on the show cause order, no plaintiff has responded to the Court's order and no plaintiff appeared at the show cause hearing. Accordingly, the actions identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: October 6, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE